BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL BRIEN SPENCER, ) | No. 2:13-cv-01074-DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| ) | **FIRST EXTENSION OF TIME FOR** |
| v. ) | **DEFENDANT TO FILE HER MOTION** |
| ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of the disruption to the workflow caused by the 16 day government shutdown, resulting in a significant number of due dates arising in November.  Despite due diligence, Defendant requests this additional time to properly manage his caseload.

    The new due date for Defendant's motion for summary judgment will be Friday, December 20, 2013.

1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Date: _November 20, 2013_ |   | LAW OFFICES OF ANN M. CERNEY |
|   | By: | _/s/ Ann M. Cerney*_ |
|   |   | ANN M. CERNEY |
|   |   | *_By email authorization on Nov. 19, 2013_ |
|   |   | Attorney for Plaintiff |
| Date: _November 20, 2013_ |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   | By: | _/s/ Jeffrey Chen_ |
|   |   | JEFFREY CHEN |
|   |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:  November 21, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\spencer1074.stip.eot.ord.doc

2